```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

CALVIN L. CUNNINGHAM                                      PLAINTIFF

       v.        Civil No. 06-5088

JO ANNE B. BARNHART,
Commissioner of Social Security                           DEFENDANT

### O R D E R

NOW on this 23rd day of January 2007, the above referenced matter comes on for the Court's consideration of the defendant's **Motion to Remand** (document #6) and **Plaintiff's Response to Defendant's Motion to Remand** (document #7). The Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted**, and this matter is **remanded** to the Commissioner for further action pursuant to sentence 6 of sections 205(g) of the Social Security Act, 42 U.S.C. 405(g).

    **IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE