```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**CALVIN CUNNINGHAM**                                                      PLAINTIFF

      v.            Civil No. 06-5088

**MICHAEL J. ASTRUE,
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                                  DEFENDANT


### O R D E R

Now on this 13th day of April, 2009, comes on for consideration defendant's **Motion To Reinstate Case** (document #9), to which plaintiff has no objection, and the Court, being well and sufficient advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that this matter is reinstated on the Court's docket, and defendant is allowed 30 days to file an answer to the Complaint.

**IT IS FURTHER ORDERED** that this matter is **referred** to United States Magistrate Judge Barry A. Bryant for further proceedings, pursuant to **28 U.S.C. §636**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**