```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**CALVIN L. CUNNINGHAM**                                                    **PLAINTIFF**

**v.**                       **Civil No. 06-5088**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                         **DEFENDANT**


                                **O R D E R**

   Now on this 20th day of July, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #23) to which no objections have been made.  The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

   **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

   **IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that **Plaintiff's Request for EAJA Attorney Fees and Costs Under the Equal Access to Justice Act** (document #20) should be, and it hereby is **granted.**

   **IT IS FURTHER ORDERED** that Plaintiff's counsel should be awarded compensation under the EAJA for: 31.64 hours at a rate of $152.00 per hour, plus costs of $28.30, for a total award of $4,837.58.  This amount should be paid in addition to, and not out

of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED.**

    **/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**